PER CURIAM.

(No. 6691▮▮▮▮▮▮▮▮▮▮)

W. T. GRANT COMPANY, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion* filed November 28, 1972.

APOIAN AND ROSS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.

WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.